In the Matter of MARTIN M. BROOM, Petitioner, v. JOSEPH H. MURPHY et al., Constituting the Tax Commission of the State of New York, Respondents.—

640

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.